# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145418

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

SUSAN F. WIDENBAUM,
      Respondent-Appellant.

SC: 145418
ADB: 10-126-GA

_____/

On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., would grant leave to appeal.

HATHAWAY, J., not participating because she has a professional relationship with a member of a law firm involved in this matter.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012
_____

_____
Clerk

s1128